# UNITED STATES DISTRICT COURT
## Middle District of Alabama

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CHARLES WESLEY DEWHART | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br>(wo)<br>Case No. 2:12cr147-WKW-01<br>USM No. 14128-002<br>Cecilia Vaca<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1, 2, 3, 4 and 5  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to participate in a program approved by the USPO for Substance Abuse which includes testing to determine whether the defendant has reverted to the use of drugs | 05/30/2019 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

**\*\*\* VIOLATIONS 6, 7, 8 and 9 DISMISSED ON GOVERNMENT'S MOTION\*\*\***

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4088

Defendant's Year of Birth: 1972

City and State of Defendant's Residence: Wetumpka, AL

01/29/2020
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. Keith Watkins, U.S. District Judge
Name and Title of Judge

01/31/2020
Date

DEFENDANT: CHARLES WESLEY DEWHART
CASE NUMBER: 2:12cr147-WKW-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | Defendant failed to refrain from any unlawful use of a controlled substance | 06/13/2019 |
| 3 | Defendant failed to obtain and maintain full time verifiable employment | 12/18/2019 |
| 4 | Defendant failed to participate in a program approved by the USPO for Substance Abuse which includes testing to determine whether the defendant has reverted to the use of drugs | 07/08/2019 |
| 5 | Defendant failed to refrain from any unlawful use of a controlled substance | 07/29/2019 |

DEFENDANT: CHARLES WESLEY DEWHART
CASE NUMBER: 2:12cr147-WKW-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

Eleven Months (11).  It is ORDERED that the term of supervised release imposed on 8/28/2018 is REVOKED.  NO Supervised Release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL